## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 815 MAL 2016
                                   :
             Respondent           :
                                     :   Petition for Allowance of Appeal from
                                     :   the Order of the Superior Court
               v.                       :
                                     :
                                     :
PATRICK SCOTT MONGEAU,         :
                                     :
             Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.